5009430.001

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

### IN ADMIRALTY

CROWLEY MARITIME CORPORATION,
Plaintiff,

v.                                                                                        CASE NO.:

TRU GREEN PLASTICS, LLC,
a Florida Limited Liability Company,
Defendant.

_____/

## COMPLAINT

The Plaintiff, CROWLEY MARITIME CORPORATION, (hereinafter "CROWLEY") by and through its undersigned counsel files herewith this Complaint against the Defendant, TRU GREEN PLASTICS, LLC (hereinafter "TRU GREEN") and for cause of action *in personam* respectfully states as follows:

### JURISDICTION

1. This Court has original jurisdiction pursuant to 28 U.S.C. §1333(1). CROWLEY is seeking to enforce rights under maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

### VENUE

2. Venue in this case is proper. In accordance with 28 U.S.C. §1391(d), the defendant resides within the territorial limits of the United States District Court for the Southern District of Florida.

## THE PARTIES

3. Plaintiff, CROWLEY MARITIME CORPORATION, is a vessel operating common carrier engaged in international waterborne cargo transportation and logistics services with a principal place of business located in Jacksonville, Florida. As the parent company of Crowley Puerto Rico Services, Inc., Crowley Latin America Services, Crowley Logistics, Inc. and Customized Brokers, CROWLEY is fully authorized to bring this action.

4. Upon information and belief, the Defendant, TRU GREEN PLASTICS, LLC, is a plastics recycler with a place of business in Palm Beach County, Florida.

## GENERAL ALLEGATIONS

5. On or about July 2013, TRU GREEN executed the Credit Application and Agreement attached as Exhibit 1.

6. From April 2014 through and including January 2015, the Defendant entered into contracts of affreightment with the Plaintiff that called for various international ocean transportation and logistics services. The freight charges owed to CROWLEY as compensation for these shipments are summarized on the account statement annexed as Exhibit 2.

7. CROWLEY extended credit to TRU GREEN for the services described in the preceding paragraph and the Defendant agreed to pay all freight and related charges within 30 days after date of sailing.

8. To date, TRU GREEN has failed and refused to remit $37,007.62 in ocean freight and related charges owed to and duly demanded by CROWLEY.

9. The Credit Agreement, Exhibit 1, provides for TRU GREEN to pay all costs of collection plus liquidated damages of 25% of any freight bill on the statement, Exhibit 2.

## COUNT I - BREACH OF CONTRACT

10. CROWLEY realleges and reavers the allegations contained in paragraphs 1 through 9 as if fully set forth herein.

11. A valid contract was formed when the Plaintiff, a vessel operating common carrier, agreed to extend credit to and provide ocean transportation and logistics services for the Defendant in exchange for monetary compensation.

12. CROWLEY performed its contractual obligations, as well as all conditions precedent to bringing this suit.

13. TRU GREEN committed a material breach of contract by not compensating CROWLEY for the transportation and logistics services provided.

14. CROWLEY has suffered economic damages in the amount of $37,007.62.

WHEREFORE, CROWLEY MARITIME CORPORATION respectfully requests for this Honorable Court to enter judgment against TRU GREEN PLASTICS, LLC, for damages in the amount of $37,007.62, interest, costs, liquidated damages, attorney's fees and any other and further relief as may be just and proper.

Dated:  Key Biscayne, Florida
February 5, 2015

Respectfully Submitted,

**HALLEY & HALLEY, P.A.**

By: /s/ Thomas V. Halley
Thomas V. Halley, FBN 694363
200 Crandon Blvd. Ste. 332
Key Biscayne, Florida  33149
Telephone:  305-365-1237
E-mail:  thalley@shiplaw.net
Attorney for Plaintiff